# EXHIBIT "A"



# CipherBlade
Blockchain Investigation Agency

# INVESTIGATION REPORT

| Affected Party: | Jimmy Tran |
|---|---|
| Matter: | "Pig Butchering" Scam |
| Reference No.: | LM05638 |
| Date: | 14 May 2024 |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## DISCLAIMER

This report is a confidential document and has been prepared exclusively for the affected party/client pursuant to the terms set out in CipherBlade's Engagement Agreement. No material in this report shall be distributed or reproduced without the written permission of CipherBlade, except for use by Law Enforcement.

The analysis was conducted using various forensic investigation tools and supplemented with open-source data and information. All contents and analyses set forth in this report are accurate as of the date of this report, or as otherwise described within the report.

Without limitation, this report does not offer any legal guidance or advice of any kind on any subject. In no event shall CipherBlade be liable for any damages resulting from, arising out of, or in connection with the use of the information in this report.

**NOTE:** It is strongly recommended that this report and its attachments be viewed in their original digital format. A printed version could significantly affect or distort the contents herein, which would limit one's understanding of the report.

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# Contents

Contents ........................................................................................................................... 2

**1. Introduction** ............................................................................................................ **3**

    1.1 Affected Party ...................................................................................................... 3

    1.2 Background of the Case ........................................................................................ 3

    1.3 Objectives ............................................................................................................ 3

**2. On-chain Analysis** .................................................................................................... **5**

    2.1 vf1, vf5 ............................................................................................................... 10

    2.2 vf2 ....................................................................................................................... 10

    2.3 vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 .......................................... 10

    2.4 vf12, vf15, vf16, vf17, vf18 ............................................................................... 12

    2.5 vf19 and vf20 ..................................................................................................... 12

    2.6 vf21 vf22 and vf23 ............................................................................................. 12

**3. Deposits to VASPs** ................................................................................................. **13**

    3.1 Crypto.com Deposit ........................................................................................... 14

    3.2 OKX Deposit ...................................................................................................... 15

    3.3 OKX Nested Service ........................................................................................... 16

    3.4 Binance Deposit ................................................................................................. 17

    3.5 HTX Deposit ...................................................................................................... 18

**4. Dormant Funds** ...................................................................................................... **19**

**6. Potential Actionable Steps** ⚠ ................................................................................ **20**

**7. Conclusion and Recommendations** ....................................................................... **22**

**7. Appendices** .............................................................................................................. **23**

    7.1 Transactional Hashes for deposit at Crypto.com (see Section 3.1) .................... 23

    7.2 Transactional Hashes for deposit at OKX (see Section 3.2) .............................. 24

    7.3 Transactional Hashes for deposit at OKX Nested Service (see Section 3.3) ..... 28

    7.4 Transactional Hashes for deposit at Binance (see Section 3.4) .......................... 32

    7.5 Transactional Hashes for deposit at HTX (see Section 3.5) ............................... 37

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# 1. Introduction

## 1.1 Affected Party

CipherBlade has been engaged by Aylstock, Witkin, Kreis & Overholtz ("the client"), a United States law firm with its registered address at 17 E. Main Street, Suite 200, Pensacola, FL 32502, to provide investigative and expert services in blockchain forensics for the benefit of its client, Jimmy Tran ("the victim").

## 1.2 Background of the Case

In early 2023, the victim was in contact with an individual on Twitter (now known as "X")[1], who introduced an investment platform, specifically around crypto mining, called '*CME'*. This investment platform was accessed via the URL *cme-crypto.org* and the admin/helpdesk for this site used  support@cme-crypto.org. CipherBlade assesses that it is likely the perpetrator(s) of this scam website were spoofing[2] the legitimate website *cmegroup.com*.

Between 24 June 2023 and 1 November 2023, the victim transfered approximately USD $434,066 in ETH, USDT and USDC from his accounts at Crypto.com and Kraken exchanges[3] to five addresses controlled by the perpetrator(s).   The victim realised it was a scam website when he was required to pay  USD $20,300 in 'bail' to release his invested funds, further casting doubts on the platform's legitimacy.  This report will consider on-chain activity only.

## 1.3 Objectives

This report provides a comprehensive overview of the blockchain forensics performed in the investigation. This includes on-chain and off-chain elements, identifying—when they exist—dormant funds for potential freezes, and identifying, where possible, Virtual Asset Service Providers that may provide relevant Know Your Customer ("KYC") data.

Potential actionable steps for law enforcement agencies, legal entities and compliance officials are marked in this report with ⚠. It is of utmost importance for the above-mentioned parties to

---

[1] https://x.com/
[2] https://www.mimecast.com/content/website-spoofing/
[3] https://www.investopedia.com/tech/what-are-centralized-cryptocurrency-exchanges/

3

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

contact the services highlighted in this report to seek information to advance the investigation, and request for any relevant user account/funds to be  frozen until a seizure warrant has been issued.

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 2. On-chain Analysis

The victim made a total of 23 transactions between 24 June 2023 and 1 November 2023  to five Theft Addresses (also known as scam addresses). See the charts below.

| Referred to as | Address | Network |
|---|---|---|
| Theft Address 1 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | Ethereum |
| Theft Address  2 | 0x07dff1a8a0367f0ccadebb9280e614e83c386f75 | Ethereum |
| Theft Address 3 | 0x492752ca51f650a3c4ce3bea4acc9fc5e67b1f4a | Ethereum |
| Theft Address 4 | 0x2c4d8c82f8e786f310f915da9aca662dde18b5a0 | Ethereum |
| Theft Address 5 | 0xb5a471d38c7a8659c99771c0c8f8e50f1dd12b9d | Ethereum |

The funds sent are labelled "vf1" to "vf23" —where "vf" refers to "victim's funds"—and will be referenced at several parts of the report. The transactions were for the purposes of 'investments' into the crypto mining website  *cme-crypto.org*.  The table below details the 23 transactions the victim made to these five Theft Addresses.

| Time & Date | Transaction Hash | Victim's Exchange | Recipient Address | Crypto Asset | Crypto Value | USD | Victim Funds |
|---|---|---|---|---|---|---|---|
| June    24 2023 20:32:11 GMT+0 | 0x811567efcbc57068b7edc009dd9865afe3a42e1d7c9cea 592f7e9aa2fa92b64e | Crypto.com | Theft Address 1 | USDT | 423.89 | 423.6 1 | vf1 (423) |
| June    28 2023 20:05:59 GMT+0 | 0xdb62ce6ade52dd44f07d26873bf88b337cc7791c152ecb 73d2073ab8829e7717 | Crypto.com | Theft Address 2 | ETH | 1.07 | 1,958. 87 | vf2 (1,958) |
| July  6  2023 20:44:47 GMT+0 | 0xe6aa3b08688474f7e054f1937c2e228f9b668de7e2d8a9 dc539a9db089d2c1ef | Crypto.com | Theft Address 1 | ETH | 2.60 | 4,893. 71 | vf3 (4,893) |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Victim's Exchange | Recipient Address | Crypto Asset | Crypto Value | USD | Victim Funds |
|---|---|---|---|---|---|---|---|
| July 7 2023 22:16:23 GMT+0 | 0xa3aec92970283dc462d9b64d1d97352b2384f57fda5c0 a606218b7131bce1ae4 | Crypto.com | Theft Address 1 | ETH | 5.20 | 9,725. 13 | vf4 (9,725) |
| July 7 2023 22:34:23 GMT+0 | 0xbc6f767bb31e2c120e9679749cb4479fcf53f786746458 be418fce2e682ea62b | Crypto.com | Theft Address 1 | USDT | 4,712.11 | 4,709. 05 | vf5 (4,709) |
| July 13 2023 23:27:59 GMT+0 | 0x00b20a577c49c6bdb401e7d7a25a1b3c7637fa635c330 0b1ed085de87087ec34 | Crypto.com | Theft Address 1 | ETH | 12.18 | 24,32 5.30 | vf6 (24,325 ) |
| July 24 2023 16:27:59 GMT+0 | 0x091c421289fe276d039995ed38d9ad4e1d2eb1511286c d5fdda71070ca80c555 | Kraken | Theft Address 1 | ETH | 2.58 | 4,750. 83 | vf7 (4,750) |
| July 27 2023 23:18:47 GMT+0 | 0x99f7ee234a87f12f5375c1e1457117360cf38f902b45f0b 12c6870c23e74b040 | Kraken | Theft Address 1 | ETH | 13.26 | 24,62 9.34 | vf8 (24,629 ) |
| August 9 2023 2:08:23 GMT+0 | 0xbb8f454423187afec05a3a5fa13b373c833b2ec7111d5c 56038f8f62975a446f | Kraken | Theft Address 1 | ETH | 13.25 | 24,60 9.90 | vf9 (24,609 ) |
| August 11 2023 17:59:23 GMT+0 | 0x2732217aa34d0abf96ad2640887cdafc7d0b356393a89 8b0e6c466bccfee8a2a | Kraken | Theft Address 1 | ETH | 13.38 | 24,62 3.63 | vf10 (24,623 ) |
| August 14 2023 20:26:47 GMT+0 | 0x590db825c7d24eecf911c76d6f273f67cf91886c9cb47b c953c748afe4c2084d | Kraken | Theft Address 1 | ETH | 32.10 | 59,08 1.34 | vf11 (59,081 ) |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Victim's Exchange | Recipient Address | Crypto Asset | Crypto Value | USD | Victim Funds |
|---|---|---|---|---|---|---|---|
| August 15 2023 16:36:23 GMT+0 | 0x9dfa2a7cce6d38d139e221af35397b384dc0fc125d6a9f07114562e659e1c37c | Crypto.com | Theft Address 3 | ETH | 2.37 | 4,355.67 | vf12 (4,355) |
| August 16 2023 23:46:11 GMT+0 | 0xb117ae32d3d1cb054272f157933c1f62aff6e3eb45ce5e07bf8789ab030db5bd | Kraken | Theft Address 1 | ETH | 27.27 | 49,225.99 | vf13 (49,225) |
| August 21 2023 18:43:11 GMT+0 | 0xcf5b183e643d2a05d1bb1a2ae80d2ad24705cf8b1398400f6b86c8dca33caa31 | Kraken | Theft Address 1 | ETH | 14.79 | 24,623.05 | vf14 (24,623) |
| August 22 2023 18:49:11 GMT+0 | 0x9276466ad9e2a05bfe40ed696ddfec9717bc1929bb959dccf2300ffe2709af44 | Crypto.com | Theft Address 3 | USDC | 38,990.00 | 39,009.95 | vf15 (39,009) |
| August 22 2023 19:54:47 GMT+0 | 0x621913b7b0c15b68762017dc2c90e3c8a73e1a4adc2318c5ba22602cd2c5942d | Crypto.com | Theft Address 3 | USDC | 90.00 | 90.05 | vf16 (90) |
| August 22 2023 21:38:47 GMT+0 | 0xf33fb150e487098f47bf55749960ed9c3be46fe8cf69401a3030a9344067c4d8 | Crypto.com | Theft Address 3 | USDC | 790.00 | 790.40 | vf17 (790) |
| August 25 2023 19:37:59 GMT+0 | 0xea4db69d567bb37c9e80229b5d915047c4e1121560454890e54e1903b511fc7 | Crypto.com | Theft Address 3 | USDC | 24,990.00 | 25,002.79 | vf18 (25,002) |
| October 21 2023 1:19:47 GMT+0 | 0x098f06ec31d854132d6b735726c0e0316c71fc3ce11d1b27cfb965da72808cbd | Crypto.com | Theft Address 4 | USDC | 4,074.00 | 4,076.08 | vf19 (4,076) |

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Victim's Exchange | Recipient Address | Crypto Asset | Crypto Value | USD | Victim Funds |
|---|---|---|---|---|---|---|---|
| October 23 2023 22:14:59 GMT+0 | 0xde02faec37928b7eeaea14a072a86e73180daa65425cca c04eaf17837f3b10b8 | Crypto.com | Theft Address 4 | USDC | 9,990.00 | 9,995.11 | vf20 (9,995) |
| October 28 2023 10:11:35 GMT+0 | 0x155f5d56a4880ebd847c78b41995bbf2acf65aab3b483d 51bb25b24ebe9f470b | Crypto.com | Theft Address 5 | USDC | 43,100.00 | 43,122.05 | vf21 (43,122) |
| November 2 2023 20:24:35 GMT+0 | 0x436fac915e1274f4223c1edd70ad5c1b19545df8148d8d cdeb0b9e292055b31f | Crypto.com | Theft Address 5 | USDC | 31,010.00 | 31,025.87 | vf22 (31,025) |
| November 1 2023 23:08:11 GMT+0 | 0x62c428c8e55c625f13fcc72025fd485c05d2b5495eec4c 6fc1ab346deb62386b | Crypto.com | Theft Address 5 | USDC | 19,009.00 | 19,018.73 | vf23 (19,018) |

*Figure 1* illustrates the victim's funds being transfered to the five Theft Addresses.

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY



Figure 1: Transfers from victim's account at Crypto.com and Kraken to five Theft Addresses

The analysis below will consider the movement of the victim's funds by the perpetrator(s) in chronological order where possible. Where the funds have been commingled with other highly likely stolen funds, the portion of the victim's funds will be identified. Where the funds have moved to often-used addresses, CipherBlade has followed the Last In, First Out (LIFO)[4] tracing methodology.

---

[4] https://www.hka.com/following-the-money-forensic-accounting-tracing-methods-amp-best-practices/#:~:text=using%20illicit%20funds.-,Last%20In%2C%20First%20Out%20(LIFO),(shown%20in%20Figure%202)

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

### 2.1 vf1, vf5

Vf1 is an investment of 423 USDT from the victim's Crypto.com account to Theft Address 1 on 24 June 2023.  At Theft Address 1, using LIFO, vf1 is combined with vf5 (a 4,709 USDT investment on 7 July 2023) and moved to **0x09847a940865121ecb0f58baaaf611b61b8e89df** and then deposited at Binance **0x7b338050e5002de4b4963401d73fb4ec507cc812** (*see section 4*).

### 2.2 vf2

Vf2 was a transfer of 1.06 ETH on 28 June 2023 to Theft Address 2 (**0x07dff1a8a0367f0ccadebb9280e614e83c386f75**). These funds are moved through six intermediary addresses before being deposited at Crypto.com **0x8c8cf418be7dce2f288486ccc7b3680293376c5f** (*see section 3.1*). Notably, vf2 is the only portion of the victim's funds that moved to Theft Address 2 and followed this path to Crypto.com and were not co-mingled.

### 2.3 vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14

From the victim's Crypto.com account, he made Vf3 (2.6 ETH), vf4 (5.2 ETH), and vf6 (12.1 ETH) transfers in early July to Theft Address 1. These transactions were followed in late July and early August 2023 by transactions vf7 (2.5 ETH), vf8 (13.2 ETH), vf9 (13.2 ETH), vf10 (13.3 ETH), vf11 (32.1 ETH), vf13 (27.7 ETH) and vf14 (14.7 ETH) from his Kraken account, again, to Theft Address 1.

At Theft Address 1, the above transactions (totalling 136.6 ETH) were consolidated and moved to **0x18c0424137c3906109e8ac6dc70e799c37ce3960**. Following LIFO, 10 ETH of the victim's funds are deposited at OKX (**0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2b**) (*see Section 3*).

The remaining 126.6 ETH is comingled with another 77 ETH, highly likely derived from other victims and converted into USDT at Tokenlon[5] (USD/ETH conversation rate on 29 Feb 2024:

---

[5] https://tokenlon.im/

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

USD $3,341[6]).   The victim's portion of the returned USDT is therefore assessed as 422,970 USDT.

The majority of these funds (300,000 USDT) are then moved to **0x2ba8c70ea7005b3730eec1d1f4bdae6f57ed3166** before being deposited  in two 150,000 USDT transactions at a service which CipherBlades assesses is nested at OKX (**0xe7408135417549d46704eeb959b8d85aaec7bd48**).   There is a realistic possibility that this service is an Over-the-Counter service (OTC)[7] (*see Section 3*).

The remaining 122,970 USDT was moved as a comingled amount of 405,232 USDT to **0x31d39385da0263467b2614bc95254e0c2078459a**, where it remains dormant (*see Section 5*).

---

[6] https://coinmarketcap.com/currencies/ethereum/
[7] https://cointelegraph.com/explained/crypto-otc-trading

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

**2.4 vf12, vf15, vf16, vf17, vf18**

The first transaction from Crypto.com to Theft Address 3 (**0x492752ca51f650a3c4ce3bea4acc9fc5e67b1f4a**) was a 2.3 ETH (vf12) transfer on 15 August 2023. These funds remained dormant at Theft Address 3 until 19 May 2024, when they moved to **0x4ade0068a8fc718b86e353146d2ca1bd45b54375**. These funds are converted into USDT at Tokenlon[8] and then deposited at HTX **0x8552681ca9fdb2be3b383c4fd0e90b3789609253** (*see Section 4*).

In late August 2023, the victim made four USDC transactions (vf15, vf16, vf17, vf18) from his Crypto.com account to Theft Address 3. These funds totalling 64,893 USDC were then moved to **0x09847a940865121ecb0f58baaaf611b61b8e89df**, where there were comingled with vf21, vf22, vf23 (93,119 USDC) (*See Section 2.6*) and then deposited at Binance (**0x09847a940865121ecb0f58baaaf611b61b8e89df**).

**2.5 vf19 and vf20**

Vf19 (4,076 USDC) and vf20 (9,995 USDC) were sent to Theft Address 4 (**0x2c4d8c82f8e786f310f915da9aca662dde18b5a0**) and comingled before being sent onwards to **0xbfd042842d51143de739eed5621b7b669f31c41a** before being deposited at OKX (**0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb**) (s*ee Section 2.3 and Section 4*).

**2.6 vf21 vf22 and vf23**

Vf21, vf22, and vf23 were three transactions sent at the end of October and early November 2023 to Theft Address 5 (**0xb5a471d38c7a8659c99771c0c8f8e50f1dd12b9d**) where they were comingled into one transaction of 93,119 USDC and sent onto **0x09847a940865121ecb0f58baaaf611b61b8e89df**. At this address, the funds were co-mingled with the victim's funds sent to Theft Address 3 (**0x492752ca51f650a3c4ce3bea4acc9fc5e67b1f4a**) (*see Section 2.4*) before the consolidated amount was deposited at Binance (**0x7b338050e5002de4b4963401d73fb4ec507cc812**).

---

[8] https://tokenlon.im/

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 3. Deposits to VASPs

As mentioned in *Section 2*,  the victim's funds were transferred to five Theft Addresses. In this section, the analysis will show that the victim's funds were deposited at five distinct VASPs: *Binance, OKX,* a service nested at *OKX, Crypto.com* and *HTX*.  The total value of the deposits to these VASPs was equivalent to approximately USD $505,381. The disparity between the invested amount (USD $434,066), and the traced funds deposited by the perpetrator(s) is mainly due to the spike in the value of ETH around the time that the perpetrator(s) converted the victim's funds in USDT.  The chart below details the percentage breakdown of which portion of the victim's funds were deposited at which VASP.

| VASP | Victim's Funds | Deposit Transaction Hash | Deposit Address | % Of Victim's Funds |
|---|---|---|---|---|
| Binance | 158,026 USDC | 0x6e963590c1243ae9fa8383f4b7fb7228a85ea769dbe66098046f480713bb1fb1 | 0x7b338050e5002de4b4963401d73fb4ec507cc812 | 31% |
| OKX (Nested Service) | 150,000 | 0x75303aa1b7e36c387bc96823af12a7bf59220ca43caa48ca8f8eb45d16872242 | 0xedf0be7b19f0fce912d2c8eddfcfcd2ee37f61d8 | 29% |
| OKX (Nested Service) | 150,000 | 0x61d61c71d1df88b8f60708ac3533b1e11c292238603496f02c4aae3e8bd8809d | 0xedf0be7b19f0fce912d2c8eddfcfcd2ee37f61d8 | 29% |
| OKX | 10 ETH | 0x4673fdf8faddb33e37bb75b81070f66cf9244f92ee16877e494be14cd4ab5efe | 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb | 5% |
| OKX | 14,071 | 0x3f632ea76a1331546106e3be50e654b45c1eb77e0f6783bb4383a3c8a188050d | 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb | 2% |
| HTX | 4,355 | 0x46998914ec84a0848e697346dbc57ba0244787e83777fde41b22e61c6a660b92 | 0x8552681ca9fdb2be3b383c4fd0e90b3789609253 | <1% |
| Crypto.com | 2.3 ETH | 0x90325b3e5668432e02ce66f014bfe7977a41ea6d8561a642e699efc25c509df1 | 0x8c8cf418be7dce2f288486ccc7b3680293376c5f | <1% |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 3.1 Crypto.com Deposit

As detailed in *Section 2.2*, vf12 were moved through the intermediary addresses as shown in *Figure 2*, before being deposited back at Crypto.com to an account under the control of the perpetrator(s). See *Section 7.1* for the transactional breakdown.



Figure 2: Flow from victim's Crypto.com account to perpetrator(s) Crypto.com account (Source: QLUE)

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 3.2 OKX Deposit

As detailed in *Sections 2.3* and *2.5*, the majority of the victim's funds were deposited at OKX. The victim's funds moved through Theft Address 1 and 4 and then one intermediary address each before being deposited at OKX. See *Section 7.2* for transactional path.



Figure 3: Flow from victim's Crypto.com and Kraken account to perpetrator(s) OKX account (Source: QLUE)

15

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

### 3.3 OKX Nested Service

As detailed in *Section 2.3*, 300,000 USDT was deposited at a service which CipherBlade assesses to be nested at OKX. Enquiries with OKX will almost certainly confirm which service these stolen funds were deposited.  See *Section 7.3* for transactional detail.



Figure 3: Flow from victim's Crypto.com and Kraken account to a service CipherBlade assesses as nested at OKX (Source: QLUE)

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

### 3.4 Binance Deposit

As detailed in *Section 2.1, 2.4  and 2.6*, the perpetrator(s) consolidated the stolen funds from vf1, vf5, vf15, vf16, vf17, vf18, vf21, vf22, and vf23 (total 163,158 USDT) at 0x09847a940865121ecb0f58baaaf611b61b8e89df before being deposited at Binance. See *Section 7.4* for transactional details.



Figure 4: Flow of funds from victim's Crypto.com and Kraken account to a consolidation address before being deposited at Binance (Source: QLUE)

17

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 3.5 HTX Deposit

As detailed in *Section 2.4*, vf12 (2.36 ETH) was moved from Theft Address 3 through two intermediary addresses and is converted into USDT at Tokenlon. The converted funds are then moved through two further intermediary addresses before being deposited at HTX. See *Section 7.5* for transactional details.



Figure 5: Flow of funds from the victim's Crypto.com account, converted into USDT and then deposited at HTX (Source: QLUE)

18

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# 4. Dormant Funds

At the time of the analysis, the address **0x31d39385da0263467b2614bc95254e0c2078459a** held approximately 694,005 USDT. 122,970 USDT of these funds can be traced back to the co-mingled amount derived from vf3, vf4, vf6, vf7, vf8, vf10, vf13, vf14.

The funds derived from vf12 are also assessed as currently being dormant at **0x4ade0068a8fc718b86e353146d2ca1bd45b54375**. This address has a substantial amount of dormant funds, highly likely derived from other victims, in USDT. The victim's funds traced to this address amount to 2.2 ETH (USD $7,167 at the time of transaction).

| No. | Address | Asset | Balance[9] | Amount Derived from Victim | % Derived from Victim |
|-----|---------|-------|---------|---------------------------|------------------------|
| 1 | 0x31d39385da0263467b2614bc95254e0c2078459a | USDT | 694,005 | 122,970 | 17.7 |



Figure 6: Flow of victim's funds to address **0x31d39385da0263467b2614bc95254e0c2078459a** where the funds remain dormant (Source: QLUE)

CipherBlade is currently monitoring the dormant funds. *Section 6* provides the information required for potential follow-up actions.

---

[9] Balance at the time of analysis

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# 6. Potential Actionable Steps ⚠

It is extremely important to follow up with exchanges/services and make a request to obtain relevant information which may be vital to the case **and/or** to make a request to freeze user accounts and any funds associated with the accounts.

Specific to this case, the victim is recommended to work with law enforcement agencies, compliance officials, and the courts to contact the exchanges/services and make a **request to freeze** any funds in the account(s) associated with the deposit addresses that received the victim's funds, as discussed in Sections **3.1, 3.2, 3.3, 3.4** and **3.5**.

In addition, the following information should also be formally requested from all the exchanges/services highlighted in *Section 3* even in the absence of any request to freeze any user account or funds:

- account e-mail addresses
- access logs (IP address and user agent information)
- KYC information and documents, if available
- deposit and withdrawal history (including any fiat banking information)
- cryptocurrency deposit and withdrawal history, including all related addresses
- current account balance
- any data or documents obtained or produced by any internal AML investigation that the exchanges/services may have conducted pertaining to the accounts

In relation to the dormant USDT in *Section 5*, the victim is also recommended to work with law enforcement agencies, compliance officials, and the courts to contact Tether and make a request to freeze the mentioned USDT until further notice.

Further to the above-mentioned requests, parties should also request that the exchanges/services do not notify or alert the user about the freezing of account/funds, as well as about the request for information in general.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

The following table lists the contact information for law enforcement agencies, compliance officials and the courts to reach out to the above-mentioned exchanges/services:

| Exchanges/Services | Contact Information |
|---|---|
| **OKX** | enforcement@okx.com |
| **Binance** | https://www.binance.com/en/support/law-enforcement<br>legal@binance.com |
| **Tether** | inforequests@tether.to |
| **HTX** | support@huobi.com<br>regulatory@huobi.com |
| **Crypto.com** | lawenforcementglobal@crypto.com<br>contact@crypto.com |

CipherBlade is ready to assist law enforcement agencies and courts with the interpretation of any information obtained, as well as with follow-up blockchain forensics.

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# 7. Conclusion and Recommendations

As demonstrated in previous sections, the victim's ETH, USDC and USDT was sent from his accounts at Kraken and Crypto.com to five Theft Addresses. The majority of funds (not including those still dormant) were transferred, through several intermediary addresses, to deposit addresses at Binance,  OKX (to additionally confirm the nested service) and Crypto.com.

The following files have been attached to this report:

| No. | File Name | Description |
|---|---|---|
| 1 | LM05638_Overall.svg | Shows all the addresses and transactions, involving the victim's funds, traced during the investigation process, including relevant notes. |
| 2 | LM05638_crypto.svg | Shows all the addresses and transactions, involving the victim's funds flowing to Crypto.com |
| 3 | LM05638_OKX | Shows all the addresses and transactions, involving the victim's funds flowing to OKX |
| 4 | LM05638_OKXNested | Shows all the addresses and transactions, involving the victim's funds flowing to a nested service at OKX |
| 5 | LM05638_Binance | Shows all the addresses and transactions, involving the victim's funds flowing to Binance |
| 6 | LM05638_HTX | Shows all the addresses and transactions, involving the victim's funds flowing to HTX |

As mentioned in several parts of this report, the victim is recommended to work with law enforcement agencies to contact the aforementioned exchanges/services to potentially freeze funds and gather information that will be crucial to advance the investigation.

I, *Malcolm Bodey*, hereby declare under penalty of perjury that I have read the foregoing *Kevin Bowdry Investigation Report,* and verify that all statements herein are true and correct to the best of my knowledge, understanding, and belief.

Signature

// **ENDS**

Malcolm Bodey

Senior Investigator

CipherBlade

CONFIDENTIAL
FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

# 7. Appendices

## 7.1 Transactional Hashes for deposit at Crypto.com (*see Section 3.1*)

| Time | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|------|------------------|----------------|---------------------|------------------------|--------------|--------------|
| June 28 2023 20:05:59 GMT+0 | 0xdb62ce6ade52dd44f07d26873bf88b337cc7791c152ecb73d2073ab8829e7717 | vf2 (1,958) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0x07dff1a8a0367f0ccadebb9280e614e83c386f75 | 1.06911 | ETH |
| June 28 2023 20:44:35 GMT+0 | 0xb620aa1628fb05abb7a65d492d50fcee5e8d8f43c39036e0fbd2f642e29886a3 | vf2 (1,900) | 0x07dff1a8a0367f0ccadebb9280e614e83c386f75 | 0x28cd848713d28b07533d652019c292511e4d7809 | 1.03771 | ETH |
| July 7 2023 17:51:11 GMT+0 | 0x2cb97f19e1e730662bbd0b4df6b56b89d6df834015a9120c6eec8ded0877543c | vf2 (1,900) | 0x28cd848713d28b07533d652019c292511e4d7809 | 0x2ba0b058609dc4e34d7e361de27ccf9b538e3e48 | 1.037052719167834 | ETH |
| July 7 2023 17:53:11 GMT+0 | 0xe362c9c7efc05aaf5dd61c0b512bdc6537a9dacfd59682657b2e0ca3ee39aafa | vf2 (1,900) | 0x2ba0b058609dc4e34d7e361de27ccf9b538e3e48 | 0x7d8f0b5bf6e183aff8c860395a14852325dbc46c | 14.88374391 | ETH |
| July 7 2023 21:30:11 GMT+0 | 0xd3ce72e2235e2589d4f3fbf9335c253b8297d2a3c45beb981315ce93a835e714 | vf2 (1,900) | 0x7d8f0b5bf6e183aff8c860395a14852325dbc46c | 0xbbb5a35c4090b825b9b5c768039c988b79f080bf5 | 67 | ETH |
| July 13 2023 2:53:47 GMT+0 | 0xc1b31a07d0282608e681daf076bcad6f0990bbf42f8fc03e36235e92693ee797 | vf2 (1,900) | 0xbbb5a35c4090b825b9b5c768039c988b79f080bf5 | 0xb4f2ff5d8f3be9d45a7caf4f23e95813d7e8fd57 | 7 | ETH |
| July 13 2023 2:55:59 GMT+0 | 0x2273c37c1810fe2e34988fc8a7a4c6c31534a707c16212daa53f727104ab23a8 | vf2 (1,900) | 0xb4f2ff5d8f3be9d45a7caf4f23e95813d7e8fd57 | 0x0c681476f467908bc1d38e7ad7250c4188839008 | 6.13220494 | ETH |
| July 13 2023 3:06:11 GMT+0 | 0x90325b3e5668432e02ce66f014bfe7977a41ea6d8561a642e699efc25c509df1 | vf2 (1,900) Deposit | 0x0c681476f467908bc1d38e7ad7250c4188839008 | 0x8c8cf418be7dce2f288486ccc7b3680293376c5f | 6.131805593701474 | ETH |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

## 7.2 Transactional Hashes for deposit at OKX (*see Section 3.2*)

| Time & Date | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value |
|---|---|---|---|---|---|
| July 24 2023 16:27:59 GMT+0 | 0x091c421289fe276d039995ed38d9ad4e1d2eb1511286cd5fdda71070ca80c555 | vf7 (4,750) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 2.58 |
| July 27 2023 23:18:47 GMT+0 | 0x99f7ee234a87f12f5375c1e1457117360cf38f902b45f0b12c6870c23e74b040 | vf8 (24,629) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 13.26 |
| August 9 2023 2:08:23 GMT+0 | 0xbb8f454423187afec05a3a5fa13b373c833b2ec7111d5c56038f8f62975a446f | vf9 (24,609) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 13.25 |
| August 11 2023 17:59:23 GMT+0 | 0x2732217aa34d0abf96ad2640887cdafc7d0b356393a898b0e6c466bccfee8a2a | vf10 (24,623) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 13.38 |
| August 14 2023 20:26:47 GMT+0 | 0x590db825c7d24eecf911c76d6f273f67cf91886c9cb47bc953c748afe4c2084d | vf11 (59,081) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 32.10 |
| August 21 2023 18:43:11 GMT+0 | 0xcf5b183e643d2a05d1bb1a2ae80d2ad24705cf8b1398400f6b86c8dca33caa31 | vf14 (24,623) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 14.79 |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value |
|---|---|---|---|---|---|
| June 24 2023 20:32:11 GMT+0 | 0x811567efcbc57068b7edc009dd9865afe3a42e1d7c9cea592f7e9aa2fa92b64e | vf1 (423) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8e a7d9b201 | 423.89 |
| July 6 2023 20:44:47 GMT+0 | 0xe6aa3b08688474f7e054f1937c2e228f9b668de7e2d8a9dc539a9db089d2c1ef | vf3 (4,893) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8e a7d9b201 | 2.60 |
| July 13 2023 23:27:59 GMT+0 | 0x00b20a577c49c6bdb401e7d7a25a1b3c7637fa635c3300b1ed085de87087ec34 | vf6 (24,325) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8e a7d9b201 | 12.18 |
| October 23 2023 22:14:59 GMT+0 | 0xde02faec37928b7eeaea14a072a86e73180daa65425ccac04eaf17837f3b10b8 | vf20 (9,995) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0x2c4d8c82f8e786f310f915da9aca662d de18b5a0 | 9,990.00 |
| July 7 2023 22:34:23 GMT+0 | 0xbc6f767bb31e2c120e9679749cb4479fcf53f786746458be418fce2e682ea62b | vf5 (4,709) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8e a7d9b201 | 4,712.11 |
| July 7 2023 22:16:23 GMT+0 | 0xa3aec92970283dc462d9b64d1d97352b2384f57fda5c0a606218b7131bce1ae4 | vf4 (9,725) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8e a7d9b201 | 5.20 |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value |
|---|---|---|---|---|---|
| August 16 2023 23:46:11 GMT+0 | 0xb117ae32d3d1cb054272f157933c1f62aff6e3eb45ce5e07bf8789ab030db5bd | vf13 (49,225) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 27.27 |
| October 21 2023 1:19:47 GMT+0 | 0x098f06ec31d854132d6b735726c0e0316c71fc3ce11d1b27cfb965da72808cbd | vf19 (4,076) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0x2c4d8c82f8e786f310f915da9aca662dde18b5a0 | 4,074.00 |
| November 9 2023 7:24:59 GMT+0 | 0x45ea7b80389fab477d2d4de7b2a111d5aca1979def76a8f8eec5fc639069adaf | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (136.6 ETH) | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 0x18c0424137c3906109e8ac6dc70e799c37ce3960 | 136.60 |
| November 11 2023 8:55:59 GMT+0 | 0x318f02c6af428eaed78e6fb93d2d6b38337e3918b1dc6d41896e91d705b98983 | vf19, vf20 (14,071) | 0x2c4d8c82f8e786f310f915da9aca662dde18b5a0 | 0xbfd042842d51143de739eed5621b7b669f31c41a | 14,064.00 |
| November 29 2023 19:26:35 GMT+0 | 0x3f632ea76a1331546106e3be50e654b45c1eb77e0f6783bb4383a3c8a188050d | vf19, vf20 (14,071) Deposit | 0xbfd042842d51143de739eed5621b7b669f31c41a | 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb | 143,224.00 |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value |
|---|---|---|---|---|---|
| February 15 2024 19:27:59 GMT+0 | 0x4673fdf8faddb33e37bb75b81070f66cf9244f92ee16877e494be14cd4ab5efe | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (10 ETH) Deposit | 0x18c0424137c3906109e8 ac6dc70e799c37ce3960 | 0x71fbc4ba1608bb110ba9ee7725b6869 cbf33a2bb | 130.00 |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

### 7.3 Transactional Hashes for deposit at OKX Nested Service (*see Section 3.3*)

| Time & Date | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|---|---|---|---|---|---|---|
| July 24 2023 16:27:59 GMT+0 | 0x091c421289fe276d039995ed38d9ad4e1d2eb1511286cd5fdda71070ca80c555 | vf7 (4,750) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 2.58143 | ETH |
| July 27 2023 23:18:47 GMT+0 | 0x99f7ee234a87f12f5375c1e1457117360cf38f902b45f0b12c6870c23e74b040 | vf8 (24,629) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 13.26354 | ETH |
| August 9 2023 2:08:23 GMT+0 | 0xbb8f454423187afec05a3a5fa13b373c833b2ec7111d5c56038f8f62975a446f | vf9 (24,609) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 13.24705 | ETH |
| August 11 2023 17:59:23 GMT+0 | 0x2732217aa34d0abf96ad2640887cdafc7d0b356393a898b0e6c466bccfee8a2a | vf10 (24,623) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 13.37956 | ETH |
| August 14 2023 20:26:47 GMT+0 | 0x590db825c7d24eecf911c76d6f273f67cf91886c9cb47bc953c748afe4c2084d | vf11 (59,081) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 32.09896 | ETH |
| August 21 2023 18:43:11 GMT+0 | 0xcf5b183e643d2a05d1bb1a2ae80d2ad24705cf8b1398400f6b86c8dca33caa31 | vf14 (24,623) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 14.78556 | ETH |
| June 24 2023 20:32:11 GMT+0 | 0x811567efcbc57068b7edc009dd9865afe3a42e1d7c9cea592f7e9aa2fa92b64e | vf1 (423) | 0x46340b20830761efd32 832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f 1f2008faa8ea7d9b201 | 423.8862 | USDT |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|---|---|---|---|---|---|---|
| July 6 2023 20:44:47 GMT+0 | 0xe6aa3b08688474f7e054f1937c2e228f9b668de7e2d8a9dc539a9db089d2c1ef | vf3 (4,893) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 2.60249 | ETH |
| July 13 2023 23:27:59 GMT+0 | 0x00b20a577c49c6bdb401e7d7a25a1b3c7637fa635c3300b1ed085de87087ec34 | vf6 (24,325) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 12.18036 | ETH |
| July 7 2023 22:34:23 GMT+0 | 0xbc6f767bb31e2c120e9679749cb4479fcf53f786746458be418fce2e682ea62b | vf5 (4,709) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 4712.107 | USDT |
| July 7 2023 22:16:23 GMT+0 | 0xa3aec92970283dc462d9b64d1d97352b2384f57fda5c0a606218b7131bce1ae4 | vf4 (9,725) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 5.20129 | ETH |
| August 16 2023 23:46:11 GMT+0 | 0xb117ae32d3d1cb054272f157933c1f62aff6e3eb45ce5e07bf8789ab030db5bd | vf13 (49,225) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 27.26567 | ETH |
| November 9 2023 7:24:59 GMT+0 | 0x45ea7b80389fab477d2d4de7b2a111d5aca1979def76a8f8eec5fc639069adaf | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (136.6 ETH) | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 0x18c0424137c3906109e8ac6dc70e799c37ce3960 | 136.6 | ETH |
| February 29 2024 8:22:11 GMT+0 | 0x0dfe7612754314aee920d4f13aa35871bdf38dea880b429c8ab9a4de24ac0ab9 | vf3, vf4, vf6, vf7, vf8, vf9, | 0x18c0424137c3906109e8ac6dc70e799c37ce3960 | 0x03f34be1bf910116595db1b11e9d1b2ca5d59659 | 203 | ETH |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|---|---|---|---|---|---|---|
| | | vf10, vf11, vf13, vf14 (126 ETH) | | | | |
| February 29 2024 8:22:11 GMT+0 | 0x0dfe7612754314aee920d4f13aa35871bdf38dea880b429c8ab9a4de24ac0ab9 | vf3, vf4, vf6, vf7, vf9, vf10, vf11, vf13, vf14 (422,970 USDT) | 0x8d90113a1e286a5ab3e496fbd1853f265e5913c6 | 0x18c0424137c3906109e8ac6dc70e799c37ce3960 | 705332.4 | USDT |
| March 16 2024 8:38:11 GMT+0 | 0xe0feb3ee8f06cde3b577b93b54604c067832d2f63f9728f8965406665c89a833 | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (300,000 USDT) | 0x18c0424137c3906109e8ac6dc70e799c37ce3960 | 0x2ba8c70ea7005b3730eec1d1f4bdae6f57ed3166 | 300000 | USDT |
| March 22 2024 3:08:23 GMT+0 | 0xdbcf66137b67404d761c935614e65865af97b047c1d65058c26772be65e95f1e | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (150,000 USDT) | 0x2ba8c70ea7005b3730eec1d1f4bdae6f57ed3166 | 0x101271ab4c38c1e9ee7997d9b768a1b7c95b8464 | 150000 | USDT |
| March 22 2024 3:27:59 GMT+0 | 0x02e617554e554282de7c45f45cde623fa46aeae37b4676526b104cb5cb293c40 | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, | 0x2ba8c70ea7005b3730eec1d1f4bdae6f57ed3166 | 0x101271ab4c38c1e9ee7997d9b768a1b7c95b8464 | 150000 | USDT |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|---|---|---|---|---|---|---|
| | | vf13, vf14 (150,000 USDT) | | | | |
| March 22 2024 3:10:00 GMT+0 | 0x75303aa1b7e36c387bc96823af12a7bf59220ca43caa48ca8f8eb45d16872242 | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (150,000 USDT) Deposit | 0x101271ab4c38c1e9ee7997d9b768a1b7c95b8464 | 0xedf0be7b19f0fcee912d2c8eddfcfcd2ee37f61d8 | 150,000 | USDT |
| March 22 2024 3:30:00 GMT+0 | 0x61d61c71d1df88b8f60708ac3533b1e11c292238603496f02c4aae3e8bd8809d | vf3, vf4, vf6, vf7, vf8, vf9, vf10, vf11, vf13, vf14 (150,000 USDT) Deposit | 0x101271ab4c38c1e9ee7997d9b768a1b7c95b8464 | 0xedf0be7b19f0fcee912d2c8eddfcfcd2ee37f61d8 | 198,970 | USDT |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

**7.4 Transactional Hashes for deposit at Binance (*see Section 3.4*)**

| Time | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|------|-------------|----------------|---------------------|------------------------|--------------|--------------|
| July 24 2023 16:27:59 GMT+0 | 0x091c421289fe276d039995ed38d9ad4e1d2eb1511286cd5fdda71070ca80c555 | vf7 (4,750) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 2.58 | ETH |
| July 27 2023 23:18:47 GMT+0 | 0x99f7ee234a87f12f5375c1e1457117360cf38f902b45f0b12c6870c23e74b040 | vf8 (24,629) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 13.26 | ETH |
| August 9 2023 2:08:23 GMT+0 | 0xbb8f454423187afec05a3a5fa13b373c833b2ec7111d5c56038f8f62975a446f | vf9 (24,609) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 13.25 | ETH |
| August 11 2023 17:59:23 GMT+0 | 0x2732217aa34d0abf96ad2640887cdafc7d0b356393a898b0e6c466bccfee8a2a | vf10 (24,623) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 13.38 | ETH |
| August 14 2023 20:26:47 GMT+0 | 0x590db825c7d24eecf911c76d6f273f67cf91886c9cb47bc953c748afe4c2084d | vf11 (59,081) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 32.10 | ETH |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|------|-------------|----------------|---------------------|------------------------|--------------|--------------|
| August 21 2023 18:43:11 GMT+0 | 0xcf5b183e643d2a05d1bb1a2ae80d2ad24705cf8b1398400f6b86c8dca33caa31 | vf14 (24,623) | 0x267be1c1d684f78cb4f6a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 14.79 | ETH |
| June 24 2023 20:32:11 GMT+0 | 0x811567efcbc57068b7edc009dd9865afe3a42e1d7c9cea592f7e9aa2fa92b64e | vf1 (423) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 423.89 | USDT |
| July 6 2023 20:44:47 GMT+0 | 0xe6aa3b08688474f7e054f1937c2e228f9b668de7e2d8a9dc539a9db089d2c1ef | vf3 (4,893) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 2.60 | ETH |
| July 13 2023 23:27:59 GMT+0 | 0x00b20a577c49c6bdb401e7d7a25a1b3c7637fa635c3300b1ed085de87087ec34 | vf6 (24,325) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842f1f2008faa8ea7d9b201 | 12.18 | ETH |
| August 15 2023 16:36:23 GMT+0 | 0x9dfa2a7cce6d38d139e221af35397b384dc0fc125d6a9f07114562e659e1c37c | vf12 (4,355) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0x492752ca51f650a3c4ce3bea4acc9fc5e67b1f4a | 2.37 | ETH |
| August 22 2023 18:49:11 GMT+0 | 0x9276466ad9e2a05bfe40ed696ddfec9717bc1929bb959dccf2300ffe2709af44 | vf15 (39,009) | 0x46340b20830761efd32832a74d7169b29feb9758 | 0x492752ca51f650a3c4ce3bea4acc9fc5e67b1f4a | 38,990.00 | USDC |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|---|---|---|---|---|---|---|
| August 22 2023 19:54:47 GMT+0 | 0x621913b7b0c15b68762017dc2c90e3c8a73e1a4adc2318c5ba22602cd2c5942d | vf16 (90) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0x492752ca51f650a3c4ce 3bea4acc9fc5e67b1f4a | 90.00 | USDC |
| August 22 2023 21:38:47 GMT+0 | 0xf33fb150e487098f47bf55749960ed9c3be46fe8cf69401a3030a9344067c4d8 | vf17 (790) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0x492752ca51f650a3c4ce 3bea4acc9fc5e67b1f4a | 790.00 | USDC |
| August 25 2023 19:37:59 GMT+0 | 0xea4db69d567bb37c9e80229b5d915047c4e11215604548909e54e1903b511fc7 | vf18 (25,002) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0x492752ca51f650a3c4ce 3bea4acc9fc5e67b1f4a | 24,990.00 | USDC |
| October 28 2023 10:11:35 GMT+0 | 0x155f5d56a4880ebd847c78b41995bbf2acf65aab3b483d51bb25b24ebe9f470b | vf21 (43,122) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xb5a471d38c7a8659c997 71c0c8f8e50f1dd12b9d | 43,100.00 | USDC |
| November 1 2023 23:08:11 GMT+0 | 0x62c428c8e55c625f13fcc72025fd485c05d2b5495eec4c6fc1ab346deb62386b | vf23 (19,018) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xb5a471d38c7a8659c997 71c0c8f8e50f1dd12b9d | 19,009.00 | USDC |
| November 2 2023 20:24:35 GMT+0 | 0x436fac915e1274f4223c1edd70ad5c1b19545df8148d8dcdeb0b9e292055b31f | vf22 (31,025) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xb5a471d38c7a8659c997 71c0c8f8e50f1dd12b9d | 31,010.00 | USDC |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|------|-------------|----------------|---------------------|------------------------|--------------|--------------|
| July 7 2023 22:34:23 GMT+0 | 0xbc6f767bb31e2c120e9679749cb4479fcf53f786746458be418fce2e682ea62b | vf5 (4,709) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842 f1f2008faa8ea7d9b201 | 4,712.11 | USDT |
| July 7 2023 22:16:23 GMT+0 | 0xa3aec92970283dc462d9b64d1d97352b2384f57fda5c0a606218b7131bce1ae4 | vf4 (9,725) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0xa2e6d495d1661e7c1842 f1f2008faa8ea7d9b201 | 5.20 | ETH |
| August 16 2023 23:46:11 GMT+0 | 0xb117ae32d3d1cb054272f157933c1f62aff6e3eb45ce5e07bf8789ab030db5bd | vf13 (49,225) | 0x267be1c1d684f78cb4f6 a176c4911b741e4ffdc0 | 0xa2e6d495d1661e7c1842 f1f2008faa8ea7d9b201 | 27.27 | ETH |
| November 19 2023 0:39:59 GMT+0 | 0xe975e178a1840ed3693359516169eccc4a051097353599326466ba902b50e089 | vf1, vf5 (5,132) | 0xa2e6d495d1661e7c1842 f1f2008faa8ea7d9b201 | 0x09847a940865121ecb0f 58baaaf611b61b8e89df | 7,697.71 | USDT |
| November 19 2023 5:43:59 GMT+0 | 0x1f2b7b64f9f4010a915647b65146fadf3f8cde42bfa4f13141c0e9322a670ed3 | vf15, vf16, vf17, vf18 (64,860) | 0x492752ca51f650a3c4ce 3bea4acc9fc5e67b1f4a | 0x09847a940865121ecb0f 58baaaf611b61b8e89df | 64,860.00 | USDC |
| November 19 2023 5:43:47 GMT+0 | 0xd8c349846af6da6911a7b2a4421c0b3776c85386c60e21843d981ff8319d314e | vf21, vf22, vf23 (93,166) | 0xb5a471d38c7a8659c997 71c0c8f8e50f1dd12b9d | 0x09847a940865121ecb0f 58baaaf611b61b8e89df | 93,119.00 | USDC |

35

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time | Transaction | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset |
|---|---|---|---|---|---|---|
| November 29 2023 19:29:47 GMT+0 | 0x6e963590c1243ae9fa8383f4b7fb7228a85ea769dbe66098046f480713bb1fb1 | vf15, vf16, vf17, vf18, vf21, vf22, vf23 (158,026) Deposit | 0x09847a940865121ecb0f 58baaaf611b61b8e89df | 0x7b338050e5002de4b49 63401d73fb4ec507cc812 | 328,516.60 | USDC |
| December 6 2023 12:11:23 GMT+0 | 0x2a248a1630ba44258701b3ec0003ca55ac4ddb23daa9f10633e2ed12561c3a8d | vf1, vf5 (5,132) Deposit | 0x09847a940865121ecb0f 58baaaf611b61b8e89df | 0x7b338050e5002de4b49 63401d73fb4ec507cc812 | 510,762.00 | USDT |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

**7.5 Transactional Hashes for deposit at HTX (*see Section 3.5*)**

| Time & Date | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset | USD |
|---|---|---|---|---|---|---|---|
| August 15 2023 16:36:23 GMT+0 | 0x9dfa2a7cce6d38d139e221af35397b384dc0fc125d6a9f07114562e659e1c37c | vf12 (4,355) | 0x46340b20830761efd328 32a74d7169b29feb9758 | 0x492752ca51f650a3c4c e3bea4acc9fc5e67b1f4a | 2.36914 | ETH | 4,355.67 |
| May 19 2024 0:04:35 GMT+0 | 0x1239e7ed2d4a3b89e75d6c267b8dc9781e17336e88b9d676896a1f74cfce76ad | vf12 (4,355) | 0x492752ca51f650a3c4ce 3bea4acc9fc5e67b1f4a | 0x4ade0068a8fc718b86e 353146d2ca1bd45b5437 5 | 2.295009 | ETH | 7,167.03 |
| May 22 2024 5:14:59 GMT+0 | 0x2cdc9c5d12d8e9343f1e1d8636d891d2fbf0a3c5a826eda233cae3abbefd7727 | vf12 (4,355) | 0x4ade0068a8fc718b86e3 53146d2ca1bd45b54375 | 0xc27bd0ec0be0529478 5899dc0efb295f16b9c92 1 | 63.7 | ETH | 238,258.0 0 |
| May 24 2024 3:14:47 GMT+0 | 0xef3997dcb96d25f641f3487ca3aa706b6d29f875451148262f7666a0426f48b3 | vf12 (4,355) | 0xc27bd0ec0be052947858 99dc0efb295f16b9c921 | 0xb822e0f81286639a92 49924551a10adeb7ccfa7 7 | 102.95 | ETH | 392,857.7 7 |
| May 24 2024 3:21:59 GMT+0 | 0x5f138bdd5278481d3632de9dc705a37b8960196847f73d80e338ad42d21f84df | vf12 (4,355) | 0xb822e0f81286639a9249 924551a10adeb7ccfa77 | 0x03f34be1bf910116595 db1b11e9d1b2ca5d5965 9 | 102.9 | ETH | 391,997.8 8 |

CONFIDENTIAL

FOR LAW ENFORCEMENT, AFFECTED PARTIES, AND THEIR LEGAL REPRESENTATION ONLY

| Time & Date | Transaction Hash | Transfer Label | Source Address Hash | Recipient Address Hash | Crypto Value | Crypto Asset | USD |
|---|---|---|---|---|---|---|---|
| May 24 2024 3:21:59 GMT+0 | 0x5f138bdd5278481d3632de9dc705a37b8960196847f73d80e338ad42d21f84df | vf12 (4,355) | 0x4a14347083b80e5216ca31350a2d21702ac3650d | 0xb822e0f81286639a9249924551a10adeb7ccfa77 | 389856.2 | USDT | 389,691.79 |
| May 24 2024 4:02:11 GMT+0 | 0x9112fa654b6c464b883526bc5b5544f709630c98b247184029afcd7fde5027a3 | vf12 (4,355) | 0xb822e0f81286639a9249924551a10adeb7ccfa77 | 0x14b7bdc98cd860408e79df1eb2aa9ba51d422bfc | 671000 | USDT | 670,661.23 |
| May 24 2024 4:09:11 GMT+0 | 0xc3794a62cf1aece7dd2a8fdafc196f0e66d6df96d9ecb696dd7fb0aace406392 | vf12 (4,355) | 0x14b7bdc98cd860408e79df1eb2aa9ba51d422bfc | 0x8eea2c0b11ef549d634036c5832aad748aa641d5 | 1400000 | USDT | 1,399,293.17 |
| May 24 2024 4:10:11 GMT+0 | 0x46998914ec84a0848e697346dbc57ba0244787e83777fde41b22e61c6a660b92 | vf12 (4,355) | 0x8eea2c0b11ef549d634036c5832aad748aa641d5 | 0x8552681ca9fdb2be3b383c4fd0e90b37896092 53 | 1400000 | USDT | 1,399,293.17 |