UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jimmy Tuan Tran<br><br>     Plaintiff,<br><br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>Binance: 0x7b338050e5002de4b4963401d73fb4ec507cc812<br>OKX: 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>HTX: 0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>Crypto.com: 0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>     Defendant(s). | Civil Action No. 4:24-cv-04769 |

### ORDER ON PLAINTIFF JIMMY TUAN TRAN'S MOTION TO EXTEND TIME FOR SERVICE AND MEMORANDUM OF LAW IN SUPPORT

THIS MATTER comes before the Court on Plaintiff's Motion to Extend Time for Service. Having reviewed the motion and the record, this Court finds that good cause exists to extend the time for service.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that Plaintiff's Motion for Extension of Time for Service is GRANTED.

IT IS FURTHER ORDERED that the deadline to effect service of process is extended up to and including June 3, 2025.

SIGNED on this ___9___ day of March 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE