# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

Jimmy Tuan Tran

    Plaintiff,

vs.

Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:
Binance: 0x7b338050e5002de4b4963401d73fb4ec507cc812
OKX: 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb
HTX: 0x8552681ca9fdb2be3b383c4fd0e90b3789609253
and
Crypto.com: 0x8c8cf418be7dce2f288486ccc7b3680293376c5f

    Defendant(s).

Civil Action No. 4:24-cv-04769

## PLAINTIFF'S NOTICE OF FILING PROOF OF SERVICE

Comes now, Plaintiff in the above-captioned case and hereby files this Notice of Filing Proof of Service providing information about the creation of the Service NFTs, the Service Website, and when and how various digital wallets and/or individuals received notice of the complaint, pursuant to the Honorable Court's March 13, 2025, Order. (Doc. No. 12.) The Affidavit of Reagan Charleston Thomas, Esq. is attached hereto as Exhibit "1".

Dated: April 16, 2025.          Respectfully Submitted,

                                        */s/ Reagan Charleston Thomas*
                                        Reagan Charleston Thomas, Esq.
                                        *Attorney-in-Charge*
                                        *(Admitted Pro Hac Vice)*
                                        La. Bar No. 38522

**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*/s/ Marshal J. Hoda*
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009
**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
Telephone:  832-848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-04769/).

Respectfully Submitted,

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com