# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jimmy Tuan Tran<br><br>    Plaintiff,<br><br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>Binance: 0x7b338050e5002de4b4963401d73fb4ec507cc812<br>OKX: 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>HTX: 0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>Crypto.com: 0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>    Defendant(s). | Civil Action No. 4:24-cv-04769 |

## AFFIDAVIT OF REAGAN CHARLESTON THOMAS, ESQ.

I, REAGAN CHARLESTON THOMAS, being of sound mind and over 18 years of age, hereby declare under penalty of perjury the following facts regarding the service of process in the above-captioned case:

1. I am counsel of record for Plaintiff JIMMY TUAN TRAN.

2. On March 13, 2025, the Court entered an order granting Plaintiff's motion for alternative service. (Doc. No. 12.)

3. I directed the creation of a non-fungible token ("Service NFT"). A copy of the Service NFT is attached hereto as Exhibit "A."

4. The Service NFT contained the notice of this lawsuit and Plaintiff's Complaint, as well as the URL link to Plaintiff's Service Website (https://usdccourtservice.com/cv-21925/) which includes all filings in this case.  A copy of Plaintiff's Service Website is attached hereto as Exhibit "B."

5. The chart below provides a summary of service, including the dates and how service was effectuated. Details on the NFT service is attached hereto as Exhibit "C."

| Wallet No. | Exchange | Wallet Address | Service Date | Service Type |
|---|---|---|---|---|
| 1. | Binance | 0x7b338050e5002de4b4963401d73fb4ec507cc812 | 3/28/2025 | NFT |
| 2. | OKX | 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb | 3/28/2025 | NFT |
| 3. | HTX | 0x8552681ca9fdb2be3b383c4fd0e90b3789609253 | 3/28/2025 | NFT |
| 4. | Crypto.com | 0x8c8cf418be7dce2f288486ccc7b3680293376c5f | 3/28/2025 | NFT |

12. Additionally, on April 15, 2025, Plaintiff served the Complaint and Summons to Defendants' purported customer service email addresses, support@cme-crypto.org and support@icecrypto.vip. The emails came back as undeliverable and the Domain Name Service indicated that the recipient domains do not exist.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 16th day of April, 2025.

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas
LA Bar No. 38522
*(admitted pro hac vice)*
AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
rthomas@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Attorneys for Plaintiff*

# EXHIBIT A

**Jimmy Tuan Tran**

**v.**

**Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred: Binance: 0x7b338050e5002de4b4963401d73fb4ec507cc812 OKX: 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb HTX: 0x8552681ca9fdb2be3b383c4fd0e90b3789609253 and Crypto.com: 0x8c8cf418be7dce2f288486ccc7b3680293376c5f**

United States District Court Southern District of Texas (Houston)

Case No. 4:24-cv-04769

## SEE IMPORTANT LEGAL NOTICES BELOW

On December 05, 2024, in the United States District Court for the Southern District of Texas, JIMMY TUAN TRAN filed a
Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.
<u>The filings and orders in this matter are available below</u>.

https://usdccourtservice.com/cv-04769/

## NOTICE NO. 1 TO DEFENDANTS

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Conversion of Stolen Cryptocurrencies.
To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted.  Your response must be in proper form and have proof of service on the Plaintiff's attorneys:

Reagan Charleston Thomas
Aylstock, Witkin, Kreis and Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502

Marshal J. Hoda
The Hoda Law Firm, PLLC
3120 Southwest Fwy, Ste 101, PMB 51811
Houston, TX 77098

## NOTICE NO. 2 TO DEFENDANTS

An Initial Conference has been set for June 27, 2025, before Magistrate Judge Richard W. Bennett.  The Initial Conference will be by video.

<u>For further details, see the filings below, including the Notice or Resetting dated March 28, 2025 (Doc. No. 13).</u>

# EXHIBIT B

Jimmy Tuan Tran

v.

Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred: Binance: 0x7b338050e5002de4b4963401d73fb4ec507cc812 OKX: 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb HTX: 0x8552681ca9fdb2be3b383c4fd0e90b3789609253 and Crypto.com: 0x8c8cf418be7dce2f288486ccc7b3680293376c5f

United States District Court Southern District of Texas (Houston)

Case No. 4:24-cv-04769

### SEE IMPORTANT LEGAL NOTICES BELOW

On December 05, 2024, in the United States District Court for the Southern District of Texas,

JIMMY TUAN TRAN filed a

Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.

The filings and orders in this matter are available below.

https://usdccourtservice.com/cv-04769/

### NOTICE NO. 1 TO DEFENDANTS

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Conversion of Stolen Cryptocurrencies.

To prevent this from happening, you must file a response with the court clerk or administrator within

21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiff's attorneys:

Reagan Charleston Thomas

Aylstock, Witkin, Kreis and Overholtz, PLLC

17 East Main Street, Suite 200

Pensacola, Florida 32502

Marshal J. Hoda

The Hoda Law Firm, PLLC

3120 Southwest Fwy, Ste 101, PMB 51811

Houston, TX 77098

**NOTICE NO. 2 TO DEFENDANTS**

An Initial Conference has been set for June 27, 2025, before Magistrate Judge Richard W. Bennett. The Initial Conference will be by video.

For further details, see the filings below, including the Notice of Resetting dated March 28, 2025 (Doc. No. 13).

| Complaint – 12/05/2024 | VIEW (PDF) |
|---|---|

| Exhibit A (Tracing) – 12/05/2024 | VIEW (PDF) |
|---|---|

| CCS – 12/05/2024 | VIEW (PDF) |
|---|---|

| | |
|---|---|
| Request for Summons (Def 1) – 12/05/2024 | VIEW (PDF) |

| | |
|---|---|
| Request for Summons (John Does) – 12/05/2024 | VIEW (PDF) |

| | |
|---|---|
| Notice re Consent to Jurisdiction of Mag Judge – 12/06/2024 | VIEW (PDF) |

| | |
|---|---|
| Order Setting Conference – 12/06/2024 | VIEW (PDF) |

| | |
|---|---|
| PHV Motion – 12/11/2024 | VIEW (PDF) |

| | |
|---|---|
| Order Granting PHV Motion – 12/19/2024 | VIEW (PDF) |

| | |
|---|---|
| MFAS – 1/14/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit 1 – 1/14/2025 | VIEW (PDF) |

| | |
|---|---|
| Exhibit 2 – 1/14/2025 | VIEW (PDF) |

| | |
|---|---|
| PO on MFAS – 2/25/2025 | VIEW (PDF) |

| | |
|---|---|
| Motion to Extend Time for Service and Memo in Support – 3/04/2025 | VIEW (PDF) |

| | |
|---|---|
| PO Granting Motion to Extend Time for Service – 3/04/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Granting Motion to Extend Time for Service and Memo in Support – 3/09/2025 | VIEW (PDF) |

| | |
|---|---|
| Order Granting MFAS – 3/13/2025 | VIEW (PDF) |

# EXHIBIT C

**NFT SERVICE**

| Exchange | Wallet Address | Proof of Service |
|---|---|---|
| Binance | 0x7b338050e5002de4b4963401d73fb4ec507cc812 | https://etherscan.io/tx/0x96bac3e974d5c95e18d4060d7a0dbd9bb4a13deece62a105cbd679d164cd5fd7 |
| OKX | 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb | https://etherscan.io/tx/0x92e6e904fee1310c7df1a1c85379628d3e4f49249efc5b06f1149ab8535067a8 |
| HTX | 0x8552681ca9fdb2be3b383c4fd0e90b3789609253 | https://etherscan.io/tx/0x37f929b65c20056fa28818dcce908f89e633a75759e63467c70e951e3c1f6bae |
| Crypto.com | 0x8c8cf418be7dce2f288486ccc7b3680293376c5f | https://etherscan.io/tx/0xb19ebaef80d07e528f8e3970669fef38105f4e95c94a5774561e21b42c8906d3 |