**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| Jimmy Tuan Tran<br><br>    Plaintiff,<br><br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>Binance: 0x7b338050e5002de4b4963401d73fb4ec507cc812<br>OKX: 0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>HTX: 0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>Crypto.com: 0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>    Defendant(s). | Civil Action No. 4:24-cv-04769 |

### ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR EXPEDITED DISCOVERY AND LEAVE TO SERVE THIRD PARTY SUBPOENAS

Plaintiff Jimmy Tuan Tran, (hereinafter, "Plaintiff") has filed a motion for expedited discovery and leave to serve third-party subpoenas before the Rule 26(f) Conference [Doc. No. 15 ("Motion")]. Upon consideration of Plaintiff's memorandum, the Court finds that Plaintiff has shown good cause for serving subpoenas upon the third party exchanges.

Accordingly, Plaintiff's Motion (Doc. No. 15) is GRANTED. Plaintiff is authorized to serve third-party subpoenas on Binance, OKX, HTX, and Crypto.com to obtain the information described as follows:

   a. Account holder's name, address, phone number, and email address.

  b. Know Your Customer (KYC) and Anti-Money Laundering (AML) information.

  c. Account balances and transaction history to prevent the further dissipation of Plaintiff's stolen assets.

  d. Records of transfers to/from the relevant wallet addresses to further prevent the dissipation of Plaintiff's stolen assets.

It is further ORDERED that the exchanges shall respond within 14 days of service of the subpoenas.

**DONE AND ORDERED this \_\_\_ day of _____ 2025.**

          _____
          **ANDREW S. HANEN**
          **UNITED STATES DISTRICT JUDGE**