# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Jimmy Tuan Tran

v.  Case Number: 4:24–cv–04769

Defendant 1, et al.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Richard W Bennett**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 8/8/2025

**TIME:** 11:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   June 20, 2025                                                                 Nathan Ochsner, Clerk