UNITED STATES DISTRICT COURT ☆ SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Jimmy Tuan Tran | § |
| | § |
| *versus* | § Civil Action 4:24-cv-04769 |
| | § |
| Defendant "1", et al. | § |

### PLAINTIFF'S MOTION TO DEFER DEADLINE FOR PROPOSED SCHEDULING ORDER

Plaintiff respectfully moves the Court to defer the deadline for submission of a proposed scheduling order in this case until after Defendant parties have been identified, and in support thereof states as follows:

1. The Court has ordered the parties to submit a proposed scheduling order.

2. Defendants have been served pursuant to this Court's Order permitting alternative service. However, no Defendant has appeared in this matter or otherwise engaged with Plaintiff. Plaintiff requires discovery to identify Defendants.

3. Plaintiff has a pending Motion for Expedited Discovery, which is necessary to identify and serve the appropriate Defendants.

4. Until Defendants have been identified, and until the Court rules on Plaintiff's Motion for Expedited Discovery, it is impracticable for Plaintiff to confer with opposing parties or submit a meaningful discovery and case management schedule as contemplated by Federal Rules of Civil Procedure 16 and 26(f).

5. Good cause exists under Rule 16(b)(4) to defer the entry of a scheduling order until Defendants have been identified and have appeared, at which point Plaintiff will promptly comply with the Court's scheduling order requirements.

**WHEREFORE**, Plaintiff respectfully requests that the Court defer the deadline for submission of a proposed scheduling order pending: (a) identification and appearance of Defendants, and (b) resolution of Plaintiff's Motion for Expedited Discovery. Plaintiff further requests any additional relief to which it may be entitled.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-04769/).

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas
LA Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
Email: rthomas@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiff*