UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Jimmy Tuan Tran | § | |
| | § | |
| *versus* | § | Civil Action 4:24–cv–04769 |
| | § | |
| Defendant 1, et al. | § | |

# Notice of Referral of Motion to Magistrate Judge

Pursuant to 28 U.S.C. 636(b)(1), the Cost and Delay Reduction Plan under the Civil Justice Reform Act, and General Order 2024-08, the presiding district judge has designated Magistrate Judge Richard W. Bennett to hear and determine the motion(s) identified below:

Notice (Other) – #19

Date: September 11, 2025.

Nathan Ochsner, Clerk

By: Joan Davenport
Deputy Clerk