# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **JIMMY TUAN TRAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-4769 |
| | § | |
| **DEFENDANT "1",** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

ON THIS DAY the Court has considered Plaintiff's Motion to Defer Deadline for Proposed Scheduling Order. (ECF No. 19). The Court **GRANTS** the Motion. Accordingly, the parties' Initial Pretrial Conference is reset for November 20, 2025, at 11 a.m. by video.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on September 15, 2025.

Richard W. Bennett
United States Magistrate Judge