United States District Court
Southern District of Texas
**ENTERED**
November 19, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY TUAN TRAN | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-24-4769 |
| | § | |
| DEFENDANT 1, *et al* | § | |

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

The Court has determined that this case is appropriate for referral to Magistrate Judge Richard W. Bennett to conduct all further proceedings, including the issuance of a Memorandum and Recommendation on any dispositive motions of the parties. It is therefore

**ORDERED** that this case is **TRANSFERRED** to United States Magistrate Judge Richard W. Bennett war all pretrial matters to include the issuance of a Memorandum and Recommendation on any dispositive motions.

SIGNED this 18th day of November 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE