United States District Court
Southern District of Texas
**ENTERED**
April 17, 2026
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JIMMY TUAN TRAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:24-cv-4769 |
| | § | |
| DEFENDANT 1, ET AL., | § | |
| | § | |
| Defendants. | § | |

### ORDER OF NON-COMPLIANCE AND
### RESETTING RULE 16 CONFERENCE

By order dated March 6, 2026, this Court set the case for an initial scheduling conference on April 22, 2026.  (ECF No. 28).

Proof of timely service of Defendants has not been filed with the Court. The deadline for serving Defendants was June 3, 2025.  (*See* ECF No. 11 (extending the deadline to effect service of process)); *see also* Fed. R. Civ. P. 4(m) (requiring defendant(s) to be served within 90 days after the filing of the complaint).  This Court also previously allowed Plaintiff to conduct expedited discovery and serve third party subpoenas in order to gather identifying information regarding Defendants.  (*See* ECF No. 26).  However, service in this case remains incomplete.  Absent timely service, this case may be dismissed.

Plaintiff has thirty (30) days from the date of this Order to properly serve Defendants.  Failure to comply with the Court's Order may result in a

recommendation that this case be dismissed.  As such, it is **ORDERED** that

the initial scheduling conference previously set for April 22, 2026 (ECF No. 28),

is hereby **RESCHEDULED** for:

**May 22, 2026**
at 10:45 a.m.
by Zoom.

It is **SO ORDERED**.

**SIGNED** in Houston, Texas on April 16, 2026.

Richard W. Bennett
United States Magistrate Judge

2