**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Jimmy Tuan Tran<br><br>        Plaintiff,<br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>**Binance**:<br>0x7b338050e5002de4b4963401d73fb4ec507cc812<br>**OKX**:<br>0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>**HTX**:<br>0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>**Crypto.com:**<br>0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>        Defendant(s). | Civil Action No. 4:24-cv-04769 |

## <u>PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT</u>

Plaintiff, JIMMY TUAN TRAN ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 55(a) and (b)(1), respectfully moves for entry of Clerk's Default Judgment against Defendant "1" a/k/a "Miko" and John Doe Defendants 1–4 ("Defendants"). In support, Plaintiff states as follows:

### I.    FACTUAL BACKGROUND

1. On December 5, 2024, Plaintiff filed his Complaint for Violation of the Racketeer Influenced and Corrupt Ortganizations Act.[1]

---

[1] ECF No. 1 [Complaint for Violation of the Racketeer influenced and Corrupt Organizations Act.]

2. On March 28, 2025, Defendant was served with the Summons and Complaint by Non-Fungible Tokens (NFTs) and via website posting pursuant to the Court's March 13, 2025, Order Granting Motion for Alternative Service of Process on Foreign Defendants.[2]

3. The time allowed for Defendants to respond to Plaintiff's Complaint has expired.

4. Neither Plaintiff nor the Court has granted Defendant an extension of time to respond to the Complaint.  Defendant has failed to appear or otherwise file a responsive pleading.

5. Plaintiff is informed and believes Defendant is not an infant or incompetent person.[3]

6. Plaintiff is informed and believes that the Service Members Civil Relief Act does not apply.[4]

WHEREFORE, Plaintiff, Jimmy Tran, requests that default be entered against Defendants.

Respectfully submitted this 13th day of May, 2026

/s/ Reagan Charleston Thomas
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

/s/ Marshal J. Hoda
Marshal J. Hoda, Esq.
Tx. Bar No. 24110009

---

[2] ECF No. 12 [Order Granting Alternative Service of Process on Foreign Defendants Pursuant to Federal Rule of Civil Procedures 4(f)(3)]; ECF No. 14.
[3] Exhibit "1" [Thomas Decl] ¶ 7
[4] *Id.* at ¶ 8

**THE HODA LAW FIRM, PLLC**
3120 Southwest Fwy
Ste. 101 PMB 51811
Houston, TX 77098
Telephone:  832-848-0036
marshal@thehodalawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-04769/).

Respectfully Submitted,

3

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas, Esq.
*Attorney-in-Charge*
*(Admitted Pro Hac Vice)*
La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com