**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| Jimmy Tuan Tran<br><br>      Plaintiff,<br><br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>Binance:<br>0x7b338050e5002de4b4963401d73fb4ec507cc812<br>OKX:<br>0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>HTX:<br>0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>Crypto.com:<br>0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>      Defendant(s). | Civil Action No. 4:24-cv-04769 |

## DECLARATION OF REAGAN C. THOMAS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT JUDGMENT

I, Reagan Charleston Thomas, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. I am an attorney for Plaintiff, Jimmy Tuan Tran, in this action. I am over the age of 18 and competent to make this declaration.

2. On December 5, 2024, Plaintiff filed his Complaint for Violation of the Racketeer Influenced and Corrupt Organizations Act.[1]

---

[1] ECF No. 1 [Complaint for Violation of the Racketeer Influenced and Corruptions Act].

3.  On March 13, 2025, the Court entered an Order Authorizing Alternate Service of Process on Foreign Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3).[2]

4.  On March 28, 2025, service of the Summons and Complaint was completed on Defendants via website posting pursuant to the Court's March 13, 2025, Order Granting Motion for Alternative Service of Process on Foreign Defendants under Fed. R. Civ. P. 4(f)(3).[3]

5.  More than 21 days have passed since service was completed. Defendants have not filed an answer, motion, or any responsive pleading.

6.  No extension of time to respond has been requested by Defendants or granted by the Court.

7.  Based on my investigation, I am informed and believe that Defendants are not infants or incompetent persons.

8.  I am further informed and believe that the Servicemembers Civil Relief Act does not apply to Defendants.

9.  This declaration is submitted in support of Plaintiff's request for entry of default under Federal Rule of Civil Procedure 55(a) and (b)(1). I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of May, 2026.

> */s/ Reagan Charleston Thomas*
> Reagan Charleston Thomas, Esq.
> *Attorney-in-Charge*
> *(Admitted Pro Hac Vice)*

---

[2] ECF No. 12 [Order Granting Alternative Service of Process on Foreign Defendants Pursuant to Federal Rule of Civil Procedures 4(f)(3)].
[3] ECF No. 14 [Notice of Filing of Proof of Service].

La. Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com


*Attorney for Plaintiff*

3