# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jimmy Tuan Tran<br><br>       Plaintiff,<br><br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>Binance:<br>0x7b338050e5002de4b4963401d73fb4ec507cc812<br>OKX:<br>0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>HTX:<br>0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>Crypto.com:<br>0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>       Defendant(s). | Civil Action No. 4:24-cv-04769 |

## [PROPOSED] ORDER FOR ENTRY OF CLERK'S DEFAULT

**CONSIDERING** the Motion for Entry of Default (ECF. No 30) filed by Plaintiff,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion is GRANTED.

**IT IS FURTHER ORDERED** that preliminary default be entered against DEFENDANT "1" a/k/a "Miko" and JOHN DOE DEFENDANTS 1-4 who are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:

    **Binance:**
    0x7b338050e5002de4b4963401d73fb4ec507cc812

    **OKX:**
    0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb

**HTX:**
0x8552681ca9fdb2be3b383c4fd0e90b3789609253

**Crypto.com:**
0x8c8cf418be7dce2f288486ccc7b3680293376c5f

Under Fed. R. Civ. P. 55(a) due to their failure to appear, plead, or otherwise defend.

Signed this _____ day of _____, 2026.

_____
CLERK OF COURT
UNITED STATES DISTRICT JUDGE