**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| Jimmy Tuan Tran<br><br>     Plaintiff,<br><br>vs.<br><br>Defendant "1" a/k/a "Miko" and John Doe Defendants 1-4 who are the cohorts of Defendant "1" and are the owners of the following cryptocurrency deposit wallets where Plaintiff's stolen cryptocurrency assets were transferred:<br>Binance:<br>0x7b338050e5002de4b4963401d73fb4ec507cc812<br>OKX:<br>0x71fbc4ba1608bb110ba9ee7725b6869cbf33a2bb<br>HTX:<br>0x8552681ca9fdb2be3b383c4fd0e90b3789609253<br>and<br>Crypto.com:<br>0x8c8cf418be7dce2f288486ccc7b3680293376c5f<br><br>     Defendant(s). | Civil Action No. 4:24-cv-04769 |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**MOTION FOR CLARIFICATION**

Before the Court is Plaintiff Jimmy Tuan Tran's Motion for Clarification of the Court's Order of Non-Compliance dated April 17, 2026. (Doc. No. 29.) Having considered the Motion, the record, and the applicable law, the Court finds as follows:

1. On September 10, 2025, this Court entered an Order Authorizing Alternative Service of Process, permitting Plaintiff to serve Defendants via NFT transfer to Defendant's digital wallets and via publication to Plaintiff's Service Website. (Doc. No. 12.)

2. The Order Authorizing Alternative Service of Process has not been vacated, modified, or otherwise challenged.

3. Pursuant to this Court's Order, Plaintiff served Defendants via NFT transfer and publication on March 28, 2026. (Doc. No. 14.)

4. Plaintiff filed a Notice of Service on April 16, 2025. (Doc. No. 14.)

5. Service was accomplished in compliance with this Court's Order Authorizing Alternative Service of Process. (Doc. No. 12.)

6. Accordingly, no defect exists in Plaintiff's service of process upon Defendants.

<u>**ORDER**</u>

For the foregoing reasons, it is hereby **ORDERED** that:

1. Plaintiff's Motion for Clarification (Doc. No. 31) is **GRANTED**;

2. The Order of Non-Compliance dated April 17, 2026 (Doc. No. 29) is hereby **VACATED**;

3. Service of process upon Defendants is deemed properly perfected pursuant to this Court's Order Authorizing Alternative Service of Process (Doc. No. 12); and

4. This matter shall proceed accordingly, including consideration of Plaintiff's Motion for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a). (Doc. No. 30.)

**SIGNED** this _____ day of _____, 2026.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF TEXAS