**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Jimmy Tuan Tran | § | |
| | § | |
| *versus* | § | Case Number: 4:24–cv–04769 |
| | § | |
| Defendant 1, et al. | § | |

# Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

Canceled setting: Initial Conference

Date and Time: 5/22/2026 at 10:45 a.m.

Date: May 20, 2026

Nathan Ochsner, Clerk