UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

## **Motion and Order for Admission *Pro Hac Vice***

| Division | Houston ▾ | Case Number | 4:24-cv-04769 |
|---|---|---|---|

| Jimmy Tuan Tran |
|---|
| *versus* |
| Defendant 1, et al |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Pauls Toma<br>Mi. Bar No. P89083<br>AYLSTOCK, WITKIN, KREIS<br>& OVERHOLTZ, PLLC 17<br>East Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: 850-202-1010<br>Fax: 850-916-7449<br>ptoma@awkolaw.com |
|---|---|

| Name of party applicant seeks to appear for: | Jimmy Tuan Tran |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____✓_____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   7/6/2026 | Signed:   *Pauls Toma* |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                    Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                    United States District Judge